IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALISA WALSH                                                    PLAINTIFF

vs.                        Civil No. 6:11-cv-06033

CAROLYN COLVIN
Commissioner, Social Security Administration          DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed on February 4, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 27). Judge Bryant recommends Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) be **GRANTED.**  Defendant has filed no objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).

The court has reviewed this case and, being well and sufficiently advised, finds that the report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Attorney Fees is **GRANTED**, and Plaintiff's attorney is awarded fees in the amount of $12,448.50, said amount representing 44.30 court-related hours at an hourly rate of approximately $281.00.  Plaintiff's attorney is also directed to refund $7,501.12 to Plaintiff, which amount represents the court-awarded attorney fees previously paid to Plaintiff's attorney under the Equal Access to Justice Act.

**IT IS SO ORDERED, this 25th day of February, 2015.**

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
U.S. DISTRICT JUDGE